FILED

03/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0070

Patrick F. Flaherty
FLAHERTY GALLARDO Lawyers
1026 1st Avenue South
P.O. Box 1968
Great Falls, MT 59403
Phone: (406) 727-8494
Facsimile: (406) 727-8537
pat@flahertylawyers.com

Attorney for Respondent/Appellant

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO.  DA 20-0070**

IN RE THE MARRIAGE OF:

SHARILYN J. SIMONSEN,

      Petitioner/Appellee,

    vs.

RUSSEL A. SIMONSEN,

      Respondent/Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

SUPREME COURT CAUSE No. DA 20-0070
DISTRICT COURT CAUSE No. CDR-18-0216

**ORDER EXTENDING DEADLINE TO FILE TRANSCRIPTS and BRIEF DEADLINES**

UPON REVIEW of the Appellant's *Motion for Extension of Time to File Transcripts and Brief Deadlines* and with good cause being shown;

IT IS HEREBY ORDERED that the Deadline to Receive Transcripts currently set for the 13th day of March, 2020, is VACATED and RESET for the 22nd day of April, 2020.

IT IS FURTHER ORDERED that the Appellant's Brief is due 30 days after the transcripts are filed.

ORDERED this _____day of March, 2020.

_____
SUPREME COURT JUSTICE

CC:
-   Appellant, c/o Patrick F. Flaherty
-   Appellee, c/o Jeffrey S. Ferguson
-   Appellee, c/o Dana A. Henkel

**ORDER**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2020